UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
)
) Case: 3:11-cr-00110-02-JDR
vs. )
) Order on Amended Petition
Gisli Arni Kristjansson )

Based on the Amended Petition [85] for Warrant or Summons for Offender Under Probation filed on September 26, 2013, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ]  A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, probation officer's declaration, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. .

[ ]  A summons be issued. The petition for probation revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ xxx ] Other: The defendant is currently in custody. Set hearing after receiving his notice of availability.

DATED this 24th day of October, 2013, at Anchorage, Alaska.

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
United States Magistrate Judge